1  JOHNSON & PHAM, LLP
2  Christopher D. Johnson, SBN: 222698
        E-mail: cjohnson@johnsonpham.com
3  Christopher Q. Pham, SBN: 206697
        E-mail: cpham@johnsonpham.com
4  Marcus F. Chaney, SBN: 245227
        E-mail: mchaney@johnsonpham.com
5
   Jason R. Vener, SBN: 267941
6      E-mail: jvener@johnsonpham.com
7  Ani Sakalian, SBN: 274846
        E-Mail: asakalian@johnsonpham.com
8  6355 Topanga Canyon Boulevard, Suite 115
9  Woodland Hills, California 91367
   Telephone:  (818) 888-7540
10 Facsimile:  (818) 888-7544
11
12 Attorneys for Plaintiff
   ZUMBA FITNESS, LLC
13

14
15            UNITED STATES DISTRICT COURT

16            CENTRAL DISTRICT OF CALIFORNIA

17
18 ZUMBA FITNESS, LLC, a Florida       Case No. CV 11-2133
   Limited Liability Company,
19
                                       COMPLAINT FOR DAMAGES:
20        Plaintiff,
                                       (1) FEDERAL TRADEMARK
21           vs.                           INFRINGEMENT [15 U.S.C. §
                                           1114/Lanham Act §32(a)]
22 DONNA GOOLSBY, an Individual, and   (2) FEDERAL COPYRIGHT
23 Does 1-10, Inclusive,                   INFRINGEMENT [17 U.S.C.
                                           §501(a)];
24        Defendants.                  (3) FALSE DESIGNATION OF
25                                         ORIGIN/UNFAIR
                                           COMPETITION [15 U.S.C.
26                                         §1125(a)/Lanham Act §43(a)];
27                                     (4) TRADEMARK DILUTION [15
28                                         U.S.C. §1125(c)];

                              - 1 -
                       COMPLAINT FOR DAMAGES

1
2
3
4
5
6
7
8

**(5) UNFAIR BUSINESS
PRACTICES [*CALIFORNIA
BUSINESS & PROFESSIONS
CODE* §17200];
(6) UNFAIR COMPETITION
(California Common Law); and
(7) UNJUST ENRICHMENT**

**DEMAND FOR JURY TRIAL**

9       COMES NOW, Plaintiff ZUMBA FITNESS, LLC (hereinafter "Plaintiff"),
10   to hereby file its Complaint against DONNA GOOLSBY, and Does 1-10, inclusive
11   (collectively "Defendants").

12                                  **PARTIES**

13       1.     Plaintiff is now, and was at the time of the filing of this Complaint
14   and at all intervening times, a Florida Limited Liability Company. Plaintiff
15   conducts and operates a substantial part of its business in California, including the
16   operations of Zumba® Fitness Trainings and Zumba® Fitness product sales. Also,
17   Plaintiff fulfills orders for its DVD products out of operations facilities located in
18   Los Angeles, California. Additionally, the management of Zumba® Fitness DVD
19   product sales occurs within the Los Angeles area, inside of California. Plaintiff's
20   Direct Response Television Commercial operations are also conducted out of
21   facilities located in Los Angeles, California. Furthermore, the video production
22   companies employed by Zumba® Fitness to produce their popular Zumba®
23   Fitness television and DVD programs operate within Los Angeles, California,
24   among other locations, and numerous Zumba® Fitness instructional and
25   promotional programs and videos have been filmed and produced in California,
26   including in the Los Angeles, California area.

27   ///
28   ///

1    2.    Plaintiff is informed and believes that DONNA GOOLSBY is now,
2  and was at the time of the filing of this Complaint and at all intervening times, an
3  individual residing at 440 Kelly Loop, Rd, Buchanan, Georgia 30113.

4    3.    The true names and capacities, whether individual, corporate,
5  associate or otherwise, of Defendants herein named as Does 1-10, inclusive, are
6  unknown to Plaintiff.  Plaintiff therefore sues said Defendants by such fictitious
7  names.  When the true names and capacities of said Defendants have been
8  ascertained, Plaintiff will amend this pleading accordingly.

9    4.    Plaintiff further alleges that DONNA GOOLSBY, and Does 1-10,
10  inclusive, sued herein by fictitious names are jointly, severally and concurrently
11  liable and responsible with the named Defendants upon the causes of action
12  hereinafter set forth.

13    5.    Plaintiff is informed and believes and thereon alleges that at all times
14  mentioned herein, DONNA GOOLSBY, and Does 1-10, inclusive, and each of
15  them, were the agents, servants and employees of every other Defendant and the
16  acts of each Defendant, as alleged herein, were performed within the course and
17  scope of that agency, service or employment.

18  **JURISDICTION/VENUE**

19    6.    This Court has jurisdiction over the subject matter of the First and
20  Second Causes of Action (violation of the Lanham Act) pursuant to 15 U.S.C.
21  §1121 and/or 28 U.S.C. §§ 1331 and/or 1338(a).

22    7.    This Court has personal jurisdiction over Defendants since Defendants
23  have committed acts of trademark infringement, copyright infringement and unfair
24  competition in this district and/or Defendants have sufficient minimum contacts
25  with this district such that the exercise of jurisdiction over Defendants by this
26  Court does not offend traditional notions of fair play and substantial justice.
27  Among other things, Defendants have advertised, offered to sell and have sold
28  products that infringe the trademarks and copyrights of Plaintiff to consumers

1    within this judicial district. Defendants have also offered to sell and actually sold
2    counterfeit products (described more fully below) using an interactive internet
3    website knowing or having reason to know that consumers throughout the United
4    States, including within this judicial district, would purchase said counterfeit goods
5    from Defendants, believing that they were authentic goods manufactured and
6    distributed by Plaintiff or its authorized manufacturers.

7        8.    Additionally, supplemental jurisdiction exists over Defendants
8    because on information and belief, Defendants conduct business in California and
9    in this judicial district, have purposefully directed action to California and this
10   district, or have otherwise availed themselves of the privileges and protections of
11   the laws of the State of California, such that this Court's assertion of jurisdiction
12   over Defendants does not offend traditional notions of fair play and due process.

13       9.    Venue is proper, *inter alia*, pursuant to 28 U.S.C. §1391(b) because
14   on information and belief, a substantial part of the events or omissions giving rise
15   to the claim occurred in this judicial district, and has caused damages to Plaintiff in
16   this district. The counterfeit Zumba® products were purchased from California and
17   Defendants purposefully shipped these counterfeit products into California.
18   Plaintiff operates a substantial part of its business in California, including the
19   business described in paragraph 1. Defendants' actions within this district directly
20   interfere with and damage Plaintiff's commercial efforts and endeavors and harms
21   Plaintiffs' goodwill within this Venue.

22                        **GENERAL ALLEGATIONS**

23          **Plaintiff and its Well-Known Fitness Products and Programs**

24       10.   Plaintiff is a health, wellness and fitness company involved in, among
25   other things, the development, production, sale, marketing, and distribution of
26   fitness programs, fitness DVDs, fitness products, and fitness apparel. Zumba®
27   Fitness is the only Latin-inspired dance-fitness program that blends international
28   music, created by Grammy Award-winning producers, with dance steps to form the

1  exceedingly popular Zumba® "fitness-party." One of the main components of
2  Plaintiff's business encompasses the production, sale and distribution of its
3  Zumba® fitness programs, fitness DVDs, fitness products, and fitness apparel,
4  including its famous Zumba® DVDs, Zumba® Toning Sticks and Zumba®
5  apparel. Plaintiff's Zumba® branded products and services have achieved great
6  success. Since its inception in 2001, the Zumba® Fitness has grown to become the
7  world's largest – and most successful – dance fitness program with more than 10
8  million people taking weekly Zumba® classes in over 90,000 locations across
9  more than 110 countries.

10     11.   Plaintiff's Zumba® classes, including the Zumba® "fitness party,"
11  Zumba Gold®, Zumba® Toning, Aqua Zumba®, and Zumbatomic® fitness
12  classes, are offered throughout the world, across the United States, and in this
13  judicial district. Additionally, Plaintiff has embodied its program in a popular
14  Zumba® Fitness video game available on the Kinect, Nintendo Wii and Sony
15  Playstation Move motion interactive gaming systems. And, in 2005, Plaintiff
16  created and the Zumba Academy™ to license Zumba® Instructors and to teach
17  Zumba® classes.  Plaintiff also has a network of instructors, known as the
18  Zumba® Instructor Network, in which thousands of Californians participate –
19  hundreds of whom are in the Los Angeles county area.

20     12.   Plaintiff has spent substantial time, money and effort in developing
21  consumer recognition and awareness of its marks, copyrights and products.
22  Plaintiff has spent an enormous amount of money on print and internet advertising
23  in order to inform consumers of the benefits of Plaintiff's products and services.
24  Through the extensive use of the Plaintiff's marks, Plaintiff has built up and
25  developed significant goodwill in its entire fitness product line. A wide array of
26  newspapers, magazines and television networks have included advertising of
27  Plaintiff's products, which are immediately identified by Plaintiff's marks and
28  have featured full length articles describing both the popularity and benefits of the

1   Zumba® Fitness products, apparel and programs. These periodicals and news
2   media outlets have included, The Washington Post, CNN, The New York Times,
3   Shape Magazine, The Wall Street Journal, Redbook, Time Magazine, Readers
4   Digest, The London Times, Reuters, SELF Magazine, Cosmopolitan Magazine,
5   Variety Magazine as well as many others.

6       13.   Plaintiff is also heavily involved in and uses its popularity to pursue
7   charitable and socially beneficial goals. For example, small support groups at
8   Zumba classes across the country started organizing Zumbathon™ charity events
9   to raise money for breast cancer and other worthy causes. Over 1,200 of these
10  charity events have already occurred, about one hundred of which have occurred in
11  California.   The numbers grew so high that Plaintiff itself instituted a formal
12  campaign of Party in Pink™ Zumbathon™ charity events, with more than 725
13  events (so far), seeking to raise awareness of breast cancer and funding for the
14  pursuit of a cure. Plaintiff also started a campaign of Party Hearty™ Zumbathon™
15  charity events with the American Heart Association, seeking to raise awarness of
16  heart disease, with hundreds of events in the works and over 400 already having
17  taken place.

18      14.   As a result of Plaintiff's efforts, the high degeee of promotion and the
19  quality and popularity of the Zumba® products and classes, the Zumba® marks
20  and the Zumba® fitness DVDs, products, and services have been prominently
21  placed in the minds of the public. Consumers, purchasers and the members of the
22  public have become familiar with the Plaintiff's intellectual property, fitness
23  DVDs, fitness programs and other products and services, and have come to
24  recognize the Zumba® marks, products and services and associate them
25  exclusively with Plaintiff – Plaintiff has acquired a valuable reputation and
26  goodwill among the public as a result of such association. Indeed, the Zumba®
27  marks are famous in the United States.

28  ///

15.     In addition to the above, Plaintiff also owns or otherwise controls copyrights in and related to their Zumba® fitness products, programs and services. Plaintiff's rights protect the entirety of the Zumba DVDs and the entirety of the creative elements embodied in Zumba® fitness products, programs and services.

16.     While Plaintiff has gained significant common law trademark and other rights in its Zumba® products and services through its use, advertising and promotion, Plaintiff has also protected its valuable rights by filing for and obtaining federal trademark and copyright registrations.

17.     Plaintiff owns the following United States Trademark Registrations for Zumba® and their "Zumba" related marks: U.S. Reg. Nos. 3244094 (Registered May 22, 2007); 3884150 (Registered November 30, 2010); 3717909 (Registered December 1, 2009); 3851238 (Registered September 21, 2010); 3799511 (Registered June 8, 2010); 3799050 (Registered June 8, 2010); 3618757 (Registered May 12, 2009); 3501639 (Registered September 16, 2008); 3452926 (Registered June 24, 2008); 3452872 (Registered June 24, 2008); 3435705 (Registered May 27, 2008); and 3296721 (Registered September 25, 2007). These are attached hereto as Exhibits "A"-"L."

18.     Plaintiff also has several marks related to its Zumba® line of products and services, pending registration, having the following United States Trademark Serial Numbers: 85238076; 85178051; 85207043; 85114273; 83131063; 85131208; 7770898; and 77497774.

19.     Plaintiff also owns several United States Copyright Registrations relating to its Zumba ® fitness DVDs and fitness products, including the Copyright Registrations with the following registration numbers: SR0000646122 (Registered June 10, 2010); SR0000646123 (Registered June 10, 2010); SR0000646121 (Registered June 10, 2010); VA0001654875 (Registered March 3, 2009); TX0007029953 (Registered September 23, 2009); PA0001634065 (Registered May 15, 2009); SR0000646124 (Registered June 10, 2010); VA0001724930

(Registered July 14, 2009); and SR0000665581 (Registered November 8, 2010). Certificates of Registration for each these Copyrights are attached hereto as Exhibits "M"-"U."

20. Plaintiff also has copyrights in numerous other works related to its DVD products and other services and products, many of which are pending in applications for copyright with the U.S. Copyright Office. The relevant application numbers are 1-571711041; 1-571665911; 1-549820239; 1-543235826; 1-542664272; 1-542663792; 1-542663692; 1-540928432; 1-540593549; 1-540534516; 1-540533909; 1-540533662; 1-540061825; 1-539956577; 1-539534922; 1-539534655; 1-539484198; 1-539484171; 1-539484012; 1-539199342; 1-538175327; 1-538175656; 1-538150545; 1-537165969; 1-524224861; and 1-453233831.

21. Plaintiff has never authorized or consented to Defendants' use of Plaintiff's Zumba® or other Trademarks, its copyrights or any confusingly similar marks, colorable imitations, or copies or derivative works by Defendants; nor has Plaintiff authorized Defendants to manufacture, copy, sell, import, market, or distribute any Zumba® product.

## Defendants' Wrongful and Infringing Conduct

22. Particularly in light of the success of Plaintiff and Plaintiff's products as well as the reputation they have gained, Plaintiff and its products have become targets for unscrupulous individuals and entities who wish to take a free ride on both the goodwill, reputation and fame Plaintiff has spent considerable effort and resources to build up in its products and marks, and the works embodied in Plaintiff's fitness products.

23. A large number of these individuals and entities deal in pirated and counterfeit Zumba®-branded DVDs and other products and services, including the famous Zumba® Fitness 4-disc original DVD product, Zumba® Fitness Total Body Transformation DVD Set, Zumba® Fitness Toning Sticks, and Zumba®

1  apparel and Zumba® Instructor Network materials. Their actions vary and include
2  manufacturing, copying, exporting, importing, advertising, promoting, selling, and
3  distributing counterfeit and otherwise unauthorized products.

4      24.    On March 3, 2011, in its ongoing investigation of counterfeit sales of
5  Zumba® products, Plaintiff purchased a counterfeit "Zumba 4 Disk DVD Set" set
6  from Defendants, for a cost of $49.99 charged to the PayPal electronic payment
7  account of Plaintiff's investigator. A true and correct copy of the website purchase
8  receipt is attached hereto as Exhibit "V."

9      25.    The product purchased from Defendants was inspected to determine
10 authenticity. The inspection of the purchased item confirmed that the item
11 Defendants sold to the investigator was in fact a counterfeit and an unauthorized
12 "Zumba 4 Disk DVD Set."

13     26.    By these sales – and, on information and belief, Defendants' other
14 dealings in counterfeit product(s) (including importing, advertising, displaying,
15 distributing, selling and/or offering to sell counterfeit and unauthorized product) –
16 Defendants violated and continue to violate Plaintiff's exclusive rights in its
17 copyrighted and trademarked materials, goods and services, and use images and
18 marks that are confusingly similar to, identical to, and/or constitute counterfeit
19 reproductions of Plaintiff's trademarks to confuse consumers and aid in the
20 promotion and sales of its unauthorized product. Defendants' conduct and use
21 began long after Plaintiff's adoption and use of its Zumba® trademarks, after
22 Plaintiff obtained the copyright and trademark registrations alleged above, and
23 after Plaintiffs marks became famous. Indeed, Defendants had knowledge of
24 Plaintiff's ownership of the marks, and of the fame in such marks, prior to the
25 actions alleged herein, and adopted them in bad faith and with an intent to cause
26 confusion, tarnish, counterfeit and dilute Plaintiff's marks and copyrighted
27 products. Neither Plaintiff nor any authorized agents have consented to
28

1 | Defendants' use of Plaintiff's Zumba® trademarks or copyrights in the manner
2 | complained of here.

3 |    27.   Defendants' actions were committed in bad faith and with the intent to
4 | dilute Plaintiff's marks, and to cause confusion and mistake, and to deceive the
5 | consuming public and the public at large as to the source, sponsorship and/or
6 | affiliation of Defendants, and/or Defendants' counterfeit and unauthorized goods.
7 | By its wrongful conduct, Defendants have traded upon and diminished Plaintiff's
8 | goodwill.

9 |    28.   In committing these acts, Defendants have, among other things,
10 | willfully and in bad faith committed the following acts, all of which have and will
11 | continue to cause irreparable harm to Plaintiff: (i) infringed, tarnished,
12 | counterfeited and diluted Plaintiff's rights in the Zumba® marks; (ii) infringed
13 | Plaintiff's copyrights; (iii) applied counterfeit marks; (iv) misled the public into
14 | believing there is an association or connection between Defendants and Plaintiff
15 | and/or the products advertised and sold by Defendants and Plaintiff; (v) used false
16 | designations of origin on or in connection with its goods and services; (vi)
17 | committed unfair competition; (vii) engaged in counterfeiting; and (viii) unfairly
18 | profited from such activity.  Unless enjoined, Defendants will continue to cause
19 | irreparable harm to Plaintiffs.

20 | **FIRST CAUSE OF ACTION**
21 | **(Infringement of Registered Trademarks Against DONNA GOOLSBY, and**
22 | **Does 1-10, Inclusive)**
23 | **[15 U.S.C. §1114/Lanham Act §32(a)]**
24 |    29.   Plaintiff repeats and re-alleges every allegation set forth in Paragraphs
25 | 1-28.
26 |    30.   Plaintiff has continuously used its ZUMBA® trademark in interstate
27 | commerce since at least as early as July 31, 2001 and, subsequently, has used
28 |

1  continuously in commerce its U.S. Trademark Registration Nos. 3452926,
2  3717909, 3244094, 3435705, and 3452872 (collectively, the "asserted marks").

3      31.  Plaintiff, as the owner of all right, title and interest in and to these
4  trademarks, has standing to maintain an action for trademark infringement under
5  the U.S. Trademark Statute 15 U.S.C. §1114.

6      32.  Defendants are and at the time of their actions complained of herein
7  were actually aware that Plaintiff is the registered trademark holder of these
8  Zumba® marks. (*See* Exhibits "A" – "L" ).

9      33.  Defendants did not and failed to obtain the consent or authorization of
10 Plaintiff as the registered owner of the marks to deal in and commercially
11 distribute, market and sell Zumba® fitness DVDs and products bearing Plaintiff's
12 asserted marks into the stream of commerce.

13     34.  Defendants intentionally and knowingly used in commerce the
14 reproductions, counterfeits, copies, and/ or colorable imitations of Plaintiff's
15 asserted marks in connection with the sale, offering for sale, distribution, or
16 advertising of Defendant's goods by offering, advertising, promoting, retailing,
17 selling, and distributing counterfeit Zumba® DVDs and products bearing the
18 Zumba® marks.

19     35.  Defendants reproduced, counterfeited, copied, and colorably imitated
20 Plaintiff's registered Zumba® marks and applied such reproductions, counterfeits,
21 copies, or colorable imitations to labels, signs, prints, packages, wrappers,
22 receptacles and/or advertisements intended to be used in commerce upon or in
23 connection with the sale, offering for sale, distribution, and/or advertising of
24 goods. Defendants thereupon offered, advertised, promoted, retailed, sold, and
25 distributed counterfeit Zumba® DVDs and products bearing the Zumba® marks.

26     36.  Defendants' egregious and intentional use and sale of fake, pirated
27 and counterfeit items bearing Plaintiff's trademarks is likely to cause confusion, or
28

1  to cause mistake, or to deceive, mislead, betray, and defraud consumers who
2  believe that Defendants' items are authentic products manufactured by Plaintiff.

3      37. Defendants' acts have been committed with knowledge of Plaintiff's
4  exclusive rights and goodwill in the marks, as well as with bad faith and the intent
5  to cause confusion or to cause mistake and to deceive.

6      38. Plaintiff has suffered and will continue to suffer substantial and
7  irreparable injury, loss and damage to its rights in and to the Zumba® marks and
8  the goodwill associated therewith, for which it has no adequate remedy at law; thus
9  Plaintiff requests injunctive relief.

10     39. Defendants' continued and knowing use of Plaintiff's asserted marks
11 without Plaintiff's consent or authorization constitutes intentional infringement of
12 Plaintiff's federally registered trademarks in violation of Section 32 of the *Lanham*
13 *Act*, 15 *U.S.C.* §1114. Based on such conduct, Plaintiff is entitled to injunctive
14 relief as well as monetary damages, and other remedies provided by section 1116,
15 1117, and 1118, including Defendants' profits, treble damages, reasonable
16 attorneys' fees, costs, statutory damages and/or prejudgment interest.

17           **SECOND CAUSE OF ACTION**
18 **(Federal Copyright Infringement Against DONNA GOOLSBY, and Does 1-**
19 **10, Inclusive)**
20 **[17 U.S.C. §501(a)]**

21     40. Plaintiff repeats and re-alleges every allegation set forth in Paragraphs
22 1-28.

23     41. Plaintiff is the exclusive owner of copyrights in and related to its
24 Zumba® fitness DVDs and products and possesses copyright registrations with the
25 United States Copyright Office relating to the same, including U.S. Copyright
26 Registration Numbers SR0000646122; SR000064123; SR000064612;
27 VA0001654875; TX007029953; PA0001634065; SR0000646124; and
28 VA0001724930. (*See* Exhibits M-U).

1    42.    Defendants did not seek and failed to obtain Plaintiff's consent or
2  authorization to utilize, manufacture, reproduce, copy, display, prepare derivative
3  works, distribute, sell, transfer, rent, perform, and/or market Plaintiff's copyright-
4  protected materials.

5    43.    Without permission, Defendants intentionally and knowingly
6  reproduced, counterfeited, copied, displayed, and/or manufactured Plaintiff's
7  protected works by offering, advertising, promoting, retailing, selling, distributing
8  counterfeit Zumba® DVDs and products which are at a minimum substantially
9  similar to Plaintiff's copyright protected works.

10    44.    Defendants' acts as alleged herein, constitute infringement of
11  Plaintiff's copyright, including Plaintiff's exclusive rights to reproduce, distribute
12  and/or sell such protected material.

13    45.    Defendants' knowing and intentional copyright infringement as
14  alleged herein has caused and will continue to cause substantial and irreparable
15  harm to Plaintiff and has and will continue to cause damage to Plaintiff. Plaintiff
16  is therefore entitled to injunctive relief, actual damages, statutory damages,
17  Defendants' profits, increased damages, and reasonable attorney's fees and costs.

18                          **THIRD CAUSE OF ACTION**

19    **(False Designation of Origin & Unfair Competition Against DONNA**

20                  **GOOLSBY, and Does 1-10, Inclusive)**

21              **[15 U.S.C. §1125(a)/Lanham Act §43(a)]**

22    46.    Plaintiff repeats and re-alleges every allegation set forth in Paragraphs
23  1-45.

24    47.    Plaintiff, as the owner of all common law right, title, and interest in
25  and to the Zumba® marks, has standing to maintain an action for false designation
26  of origin and unfair competition under the Federal Trademark Statute, Lanham Act
27  section 43(a) (15 U.S.C. §1125). Plaintiff's asserted marks are fanciful, inherently
28  distinctive and/or have acquired distinctiveness.

1    48.    Defendants have without authorization, on or in connection with its
2  goods and services, used in commerce marks that are confusingly similar to the
3  asserted marks, and/or has made false designations of origin which are likely to
4  cause confusion or cause mistake or to deceive as to the affiliation, connection or
5  association of Defendants with Plaintiff, and/or as to the origin, sponsorship or
6  approval of Defendants' goods or services or commercial activities.

7    49.    Defendants' conduct described above violates the Lanham Act, and
8  Defendants have unfairly competed with and injured and, unless immediately
9  restrained, will continue to injure Plaintiff, causing damage to Plaintiff in an
10  amount to be determined at trial, and will cause irreparable injury to Plaintiff's
11  goodwill and reputation associated with the value of Plaintiff's mark.

12    50.    On information and belief, the conduct of Defendants has been
13  knowing, deliberate, willful, intended to cause confusion, or to cause mistake or to
14  deceive and in blatant disregard of Plaintiff's rights.

15    51.    Defendants knew or by the exercise of reasonable care should have
16  known that their adoption and commencement of use in commerce and continuing
17  use of marks that are confusingly similar to and constitute a counterfeit
18  reproduction of Plaintiff's asserted marks would cause confusion, mistake, or
19  deception among purchasers, users and the public.

20    52.    Defendants' egregious and intentional use and sale of fake, pirated
21  and counterfeit items bearing Plaintiff's asserted marks unfairly competes with
22  Plaintiff and is likely to cause confusion, mistake, or to deceive, mislead, betray,
23  and defraud consumers to believe that the substandard imitations are genuine
24  Zumba® or products.

25    53.    Defendants' continuing and knowing use of Plaintiff's asserted marks
26  constitutes false designation of origin and unfair competition in violation of
27  Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a), causing Plaintiff to suffer
28  substantial and irreparable injury for which it has no adequate remedy at law.

1   54.   Defendants' wrongful conduct has permitted or will permit it to make
2   substantial sales and profits on the strength of Plaintiff's marketing, advertising,
3   sales and consumer recognition.  As a direct and proximate result of Defendants'
4   wrongful conduct, as alleged herein, Plaintiff has been and will be deprived of
5   sales of its Zumba® products in an amount as yet unknown but to be determined at
6   trial, and has been deprived and will be deprived of the value of its marks as
7   commercial assets in an amount as yet unknown but to be determined at trial.
8   Plaintiff seeks damages and an accounting of Defendants' profits, and requests that
9   the Court grant Plaintiff three times that amount in the Court's discretion.

10   55.   Based on Defendants' wrongful conduct, Plaintiff is entitled to
11   injunctive relief as well as monetary damages, and other remedies as provided by
12   the Lanham Act, including Defendants' profits, treble damages, reasonable
13   attorneys' fees, costs and prejudgment interest.

14   **FOURTH CAUSE OF ACTION**

15   **(Dilution Against DONNA GOOLSBY, and Does 1-10, Inclusive)**

16   **[15 U.S.C. §1125(c)]**

17   56.   Plaintiff repeats and re-alleges every allegation set forth in Paragraphs
18   1-55.

19   57.   Plaintiff's asserted marks are distinctive and famous within the
20   meaning of the Lanham Act.

21   58.   Upon information and belief, Defendants' unlawful actions began
22   long after Plaintiff's mark became famous, and Defendants acted knowingly,
23   deliberately and willfully with the intent to trade on Plaintiff's reputation and to
24   dilute Plaintiff's asserted marks.  Defendants' conduct is willful, wanton and
25   egregious.

26   59.   Defendants' intentional sale of fake, pirated and counterfeit items
27   bearing Plaintiff's marks is likely to cause confusion, mistake, or to deceive,
28   mislead, betray, and defraud consumers to believe that the substandard imitations

1 || are genuine Zumba® fitness DVDs and products. The actions of Defendants
2 || complained of herein have diluted and will continue to dilute Plaintiff's asserted
3 || and other marks, and are likely to impair the distinctiveness, strength and value of
4 || Plaintiff's marks, and injure the business reputation of Plaintiff and its marks.

5     60.   Defendants' acts have caused and will continue to cause Plaintiff
6 || irreparable harm. Plaintiff has no adequate remedy at law to compensate it fully
7 || for the damages that have been caused and which will continue to be caused by
8 || Defendants' unlawful acts, unless they are enjoined by this Court.

9     61.   As the acts alleged herein constitute a willful violation of section
10 || 43(c) of the Lanham Act, 15 U.S.C. section 1125(c), Plaintiff is entitled to
11 || injunctive relief as well as monetary damages and other remedies provided by 15
12 || U.S.C. §§1116, 1117, 1118, and 1125(c), including Defendants' profits, actual ans
13 || statutory damages, treble damages, reasonable attorney's fees, costs and
14 || prejudgment interest.

15                      **FIFTH CAUSE OF ACTION**

16     **(Unlawful, Unfair, Fraudulent Business Practices Against DONNA**
17                 **GOOLSBY, and Does 1-10, Inclusive)**

18         **[*California Business & Professions Code* §17200 *et seq.*]**

19     62.   Plaintiff repeats and re-alleges every allegation set forth in Paragraphs
20 || 1-61.

21     63.   By marketing, advertising, promoting, selling and/or otherwise
22 || dealing in the counterfeit Zumba® product, Defendants have engaged in unfair
23 || competition including unlawful, unfair and fraudulent business practices in
24 || violation of the California Business and Professions Code §17200 *et seq.*

25     64.   Defendants' marketing, advertising, promoting, selling and/or
26 || otherwise dealing in the counterfeit Zumba® product is in violation and derogation
27 || of Plaintiff's rights and is likely to cause confusion, mistake and deception among
28 || consumers and the public as to the source, origin, sponsorship, or quality of the

goods of Defendant, thereby causing loss, damage and injury to Plaintiff and to the purchasing public. Defendants' conduct was intended to cause such loss, damage and injury.

65.     Defendants knew or by the exercise of reasonable care should have known that their marketing, advertising, promoting, selling and/or otherwise dealing in and their continuing marketing, advertising, promoting, selling and/or otherwise dealing in the counterfeit product would cause confusion mistake or deception among purchasers, users and the public.

66.     By marketing, advertising, promoting, selling and/or otherwise dealing in and their continuing marketing, advertising, promoting, selling and/or otherwise dealing in counterfeit versions of Plaintiffs marks and products, Defendants intended to and did induce and intends to and will induce customers to purchase its products by trading off the extensive goodwill built up by Plaintiff's in its marks.

67.     Upon information and belief, the conduct of Defendants has been knowing, deliberate, willful, intended to cause confusion, or to cause mistake or to deceive, and in disregard of Plaintiff's rights.

68.     Defendants' wrongful conduct, as alleged above, has permitted and will permit them to make substantial sales and profits on the strength of Plaintiff's nationwide marketing, advertising, sales and consumer recognition. As a direct and proximate result of Defendants' wrongful conduct, as alleged herein, Plaintiff has been and will be deprived of substantial sales of its products in an amount as yet unknown but to be determined at trial, and has been and will be deprived of the value of its trademarks as commercial assets, in an amount as yet unknown but to be determined at trial. Plaintiff seeks restitution in this matter, including an order granting Defendants' profits stemming from its infringing activity, and its actual and/or compensatory damages.

///

1    69.    Plaintiff has no adequate remedy at law for Defendants' continuing
2  violation of its rights set forth above.  Plaintiff seeks injunctive relief.

3    70.    Plaintiff further requests a court order that an asset freeze or
4  constructive trust be imposed over all monies and assets in Defendants' possession
5  which rightfully belong to Plaintiff.

6                          **SIXTH CAUSE OF ACTION**

7  **(Unfair Competition Against DONNA GOOLSBY, and Does 1-10, Inclusive)**
8                          **[California Common Law]**

9    71.    Plaintiff repeats and re-alleges every allegation set forth in Paragraphs
10  1-70.

11    72.    By marketing, advertising, promoting, selling and/or otherwise
12  dealing in the counterfeit Zumba® product, Defendants have engaged in unfair
13  competition including unlawful, unfair and fraudulent business practices in
14  violation of the common law of the State of California.

15    73.    Defendants' marketing, advertising, promoting, selling and/or
16  otherwise dealing in the counterfeit Zumba® product is in violation and derogation
17  of Plaintiff's rights and is likely to cause confusion, mistake and deception among
18  consumers and the public as to the source, origin, sponsorship, or quality of the
19  goods of Defendant, thereby causing loss, damage and injury to Plaintiff and to the
20  purchasing public.  Defendants' conduct was intended to cause such loss, damage
21  and injury.

22    74.    Defendants knew or by the exercise of reasonable care should have
23  known that their marketing, advertising, promoting, selling and/or otherwise
24  dealing in and their continuing marketing, advertising, promoting, selling and/or
25  otherwise dealing in the counterfeit product would cause confusion mistake or
26  deception among purchasers, users and the public.

27    75.    By marketing, advertising, promoting, selling and/or otherwise
28  dealing in and their continuing marketing, advertising, promoting, selling and/or

1   otherwise dealing in counterfeit versions of Plaintiffs marks, copyrights and
2   products, Defendants intended to and did induce and intends to and will induce
3   customers to purchase its products by trading off the extensive goodwill built up by
4   Plaintiff's in its marks.

5       76.   Upon information and belief, the conduct of Defendants has been
6   knowing, deliberate, willful, intended to cause confusion, or to cause mistake or to
7   deceive, and in disregard of Plaintiff's rights.

8       77.   Defendants' wrongful conduct, as alleged above, has permitted and
9   will permit them to make substantial sales and profits on the strength of Plaintiff's
10  nationwide marketing, advertising, sales and consumer recognition, all of which
11  Plaintiff invested substantial time and effort to create and protect.  As a direct and
12  proximate result of Defendants' wrongful conduct, as alleged herein, Plaintiff has
13  been and will be deprived of substantial sales of its products in an amount as yet
14  unknown but to be determined at trial, and has been and will be deprived of the
15  value of its trademarks as commercial assets, in an amount as yet unknown but to
16  be determined at trial.   Plaintiff seeks an order granting Defendants' profits
17  stemming from its infringing activity, and its actual and/or compensatory damages.

18      78.   Plaintiff has no adequate remedy at law for Defendants' continuing
19  violation of its rights set forth above.  Plaintiff seeks preliminary and permanent
20  injunctive relief.

21      79.   Plaintiff seeks exemplary or punitive damages for Defendants'
22  intentional misconduct.

23                  **SEVENTH CAUSE OF ACTION**

24  **(Unjust Enrichment Against DONNA GOOLSBY, and Does 1-10, Inclusive)**

25      80.   Plaintiff repeats and re-alleges every allegation set forth in Paragraphs
26  1-79.

27      81.   By virtue of the egregious and illegal acts of Defendants as described
28  above, Defendants have been unjustly enriched in an amount to proven at trial.

1     82.   Defendants' retention of monies gained through its deceptive business

2  practices, infringement, acts of counterfeit and otherwise would serve to unjustly

3  enrich Defendants and would be contrary to the interests of justice.

4     **WHEREFORE**, Plaintiff ZUMBA FITNESS, LLC, prays for judgment

5  against Defendant DONNA GOOLSBY, and Does 1-10, inclusive, and each of

6  them, as follows:

7     A. For an award of Defendants' profits and Plaintiff's damages in an amount

8         to be proven at trial for trademark infringement under 15 U.S.C.

9         §1114(a);

10    B. For an award of Defendants' profits and Plaintiff's damages in an amount

11        to be proven at trial for copyright infringement under 17 U.S.C. §501(a);

12    C. For an award of Defendants' profits and Plaintiff's damages in an amount

13        to be proven at trial for false designation of origin and unfair competition

14        under 15 U.S.C. §1125(a);

15    D. For an award of Defendants' profits and Plaintiff's damages in an amount

16        to be proven at trial for trademark dilution under 15 U.S.C. §1125(c);

17    E. In the alternative to actual damages and Defendants' profits for the

18        infringement and counterfeiting of Plaintiff's trademark pursuant to the

19        Lanham Act, for statutory damages pursuant to 15 U.S.C. §1117(c),

20        which election Plaintiff will make prior to the rendering of final

21        judgment;

22    F. In the alternative to actual damages and Defendants' profits pursuant to

23        17 U.S.C. §504(b), for statutory damages pursuant to 17 USC §504(c),

24        which election Plaintiff will make prior to the rendering of final

25        judgment;

26    G. For restitution in an amount to be proven at trial for unfair, fraudulent

27        and illegal business practices under *Business and Professions Code*

28        §17200;

H. For damages to be proven at trial for common law unfair competition;

I. For temporary, preliminary and permanent injunctive relief from this Court prohibiting Defendants from engaging or continuing to engage in the unlawful, unfair, or fraudulent business acts or practices described herein, including the advertising and/or dealing in any counterfeit product; the unauthorized use of any mark, copyright or other intellectual property right of Plaintiff; acts of trademark infringement or dilution; acts of copyright infringement; false designation of origin; unfair competition; and any other act in derogation of Plaintiff's rights;

J. For an order from the Court requiring that Defendants provide complete accountings and for equitable relief, including that Defendants disgorge and return or pay their ill-gotten gains obtained from the illegal transactions entered into and or pay restitution, including the amount of monies that should have been paid if Defendants' complied with their legal obligations, or as equity requires;

K. For an order from the Court that an asset freeze or constructive trust be imposed over all monies and profits in Defendants' possession which rightfully belong to Plaintiff;

L. For destruction of the infringing articles in Defendants' possession under 15 U.S.C. §1118 and 17 USC §503;

M. For treble damages suffered by Plaintiff as a result of the willful and intentional infringements and acts of counterfeiting engaged in by Defendants, under 15 U.S.C. §1117(b);

N. For damages in an amount to be proven at trial for unjust enrichment;

O. For an award of exemplary or punitive damages in an amount to be determined by the Court;

P. For Plaintiff's reasonable attorney's fees;

Q. For all costs of suit;

1      R. For such other and further relief as the Court may deem just and

2          equitable.

3                        **DEMAND FOR JURY TRIAL**

4      Plaintiff ZUMBA FITNESS, LLC, respectfully demands a trial by jury in

5  this action.

6

7  DATED: March 11, 2011            JOHNSON & PHAM, LLP

8

9                                 By:

10                                  Christopher D. Johnson, Esq.

                                    Christopher Q. Pham, Esq.

11                                 Marcus F. Chaney, Esq.

                                  Jason R. Vener, Esq.

12                                 Ani Sakalian, Esq.

                                  Attorneys for Plaintiff

13                                 ZUMBA FITNESS, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

## United States Patent and Trademark Office

Reg. No. 3,244,094

Registered May 22, 2007

### SERVICE MARK
### PRINCIPAL REGISTER

# ZUMBA

ZUMBA PRODUCTIONS LLC (DELAWARE CORPORATION)
3685 NE 205 TERRACE
MIAMI, FL 33179

FOR: EDUCATION SERVICES, NAMELY, PROVIDING CLASSES IN THE FIELD OF DANCE AND EXERCISE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-1-2002; IN COMMERCE 6-1-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,046,534

SER. NO. 78-780,755, FILED 12-26-2005.

MARGERY A. TIERNEY, EXAMINING ATTORNEY

EXHIBIT B

# United States of America

## United States Patent and Trademark Office

# zLIFE

Reg. No. 3,884,150

Registered Nov. 30, 2010

Int. Cl.: 16

TRADEMARK

PRINCIPAL REGISTER

ZUMBA FITNESS, LLC (FLORIDA LIMITED LIABILITY COMPANY)
LEGAL DEPARTMENT
1801 N 20TH AVENUE
HOLLYWOOD, FL 33020

FOR: MAGAZINES FEATURING FITNESS, HEALTH AND HAPPINESS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-30-2009; IN COMMERCE 4-30-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,244,994, 3,452,926, AND OTHERS.

SN 77-866,803, FILED 11-6-2009.

WON TAK OH, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

EXHIBIT C



# United States of America

## United States Patent and Trademark Office

# ZUMBA

**Reg. No. 3,717,909**   ZUMBA FITNESS, LLC (FLORIDA LIMITED LIABILITY COMPANY)
Registered Dec. 1, 2009   3801 NORTH 29TH AVENUE
HOLLYWOOD, FL 33020

**Int. Cl.: 25**   FOR: CLOTHING, NAMELY, CAPS, SHIRTS, PANTS, SHORTS, JACKETS, SWEATSHIRTS, SWEAT PANTS AND LEOTARDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK**   FIRST USE 10-1-2002; IN COMMERCE 10-1-2002.
**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,298,721, 3,452,926 AND OTHERS.

SER. NO. 77-683,657, FILED 3-4-2009.

ELLEN BURNS, EXAMINING ATTORNEY



David J Kappos

EXHIBIT D



**United States of America**

United States Patent and Trademark Office

# ZUMBA

Reg. No. 3,851,238

Registered Sep. 21, 2010

Int. Cl.: 25

TRADEMARK

PRINCIPAL REGISTER

ZUMBA FITNESS, LLC (FLORIDA LIMITED LIABILITY COMPANY)
3801 N. 29TH AVENUE
HOLLYWOOD FL 33020

FOR: ATHLETIC FOOTWEAR, CAPRIS, CARDIGANS, SNEAKERS, SPORTS BRAS, VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-30-2002; IN COMMERCE 11-30-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,244,094, 3,435,705, AND OTHERS.

SN 77-777,879, FILED 7-9-30-2009.

GISELLE AGOSTO, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

EXHIBIT E



# AQUA ZUMBA

**Reg. No. 3,799,511**

**Registered June 8, 2010**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ZUMBA FITNESS, LLC (FLORIDA LIMITED LIABILITY COMPANY)
3801 N 29TH AVE.
HOLLYWOOD, FL 33315

FOR: EDUCATIONAL SERVICES, NAMELY PROVIDING CLASSES AND INSTRUCTION IN THE FIELDS OF AQUATIC DANCE FITNESS AND EXERCISE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-3-2009; IN COMMERCE 9-3-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,244,104, 3,435,705 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AQUA" APART FROM THE MARK AS SHOWN.

SER. NO. 77-876,774, FILED 11-19-2009.

WON CHAK OH, EXAMINING ATTORNEY



David J Kappos

Director of the United States Patent and Trademark Office

EXHIBIT F



# United States of America

## United States Patent and Trademark Office

# ZUMBATOMIC

**Reg. No. 3,799,050**
**Registered June 8, 2010**

ZUMBA FITNESS, LLC (FLORIDA LIMITED LIABILITY COMPANY)
4801 N 29TH AVE
HOLLYWOOD, FL 33020

**Int. Cl.: 41**

FOR: EDUCATION SERVICES, NAMELY, PROVIDING CLASSES AND INSTRUCTION IN THE FIELD OF DANCE FITNESS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

**SERVICE MARK**

FIRST USE 6-3-2009; IN COMMERCE 6-3-2009.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,244,094, 3,501,639 AND OTHERS.

SER. NO. 77-846,925, FILED 10-12-2009.

WON TEAK OH, EXAMINING ATTORNEY.



David J Kappos

Director of the United States Patent and Trademark Office

EXHIBIT G

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 3,618.757

United States Patent and Trademark Office     Registered May 12, 2009

SERVICE MARK
PRINCIPAL REGISTER

# ZUMBATHON

ZUMBA FITNESS, LLC (FLORIDA LIMITED LIABILITY COMPANY)
3801 NORTH 29TH AVENUE
HOLLYWOOD, FL 33020

FOR: CHARITABLE FUND RAISING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-15-2006; IN COMMERCE 10-15-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-552,247, FILED 8-21-2008.

B. PARADEWELAI, EXAMINING ATTORNEY

EXHIBIT H

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 3,501,639

United States Patent and Trademark Office    Registered Sep. 16, 2008

TRADEMARK
PRINCIPAL REGISTER

# ZUMBATOMIC

ZUMBA FITNESS, LLC FLORIDA LIMITED LIABILITY COMPANY)
3801 NORTH 29TH AVENUE
HOLLYWOOD, FL 33020

FOR: DIGITAL MEDIA, NAMELY, PRE-RECOR-DED VIDEO CASSETTES, DIGITAL VIDEO DISCS, DIGITAL VERSATILE DISCS, DOWNLOADABLE AUDIO AND VIDEO RECORDINGS, DVDS, AND HIGH DEFINITION DIGITAL DISKS FEATURING PHYSICAL FITNESS AND DANCE EXERCISE IN-STRUCTION FOR CHILDREN, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-1-2007; IN COMMERCE 11-1-2007.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,046,534, 3,395,72 AND OTHERS.

SER. NO. 77-397,180, FILED 2-14-2008.

JESSICA A. POWERS, EXAMINING ATTORNEY

EXHIBIT I

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 3,452,926

United States Patent and Trademark Office    Registered June 24, 2008

## TRADEMARK
## PRINCIPAL REGISTER



ZUMBA FITNESS LLC (FLORIDA LTD LIAB CO)
3901 NORTH 29TH AVENUE
HOLLYWOOD, FL 33020

FOR: PRE-RECORDED CDS, VIDEO TAPES, LA-SER DISKS AND DVDS FEATURING PHYSICAL FITNESS AND EXERCISE INSTRUCTION; VIDEO RECORDINGS FEATURING PHYSICAL FITNESS AND EXERCISE INSTRUCTION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-31-2001; IN COMMERCE 10-31-2001.

OWNER OF U.S. REG. NOS. 3,046,534, 3,296,721 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FITNESS" APART FROM THE MARK AS SHOWN.

THE COLOR(S) GREEN AND BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE COLOR BLACK APPEARS IN THE WORD-ING "ZUMBA FITNESS" AND IN THE STICK FIGURE DESIGN, AND THE COLOR GREEN AP-PEARS IN THE CIRCULAR BACKGROUND BE-HIND THE STICK FIGURE.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS FAST.

SER. NO. 77-304,995, FILED 10-16-2007.

JOHN GARTNER, EXAMINING ATTORNEY

EXHIBIT J

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

United States Patent and Trademark Office

Reg. No. 3,452,872
Registered June 24, 2008

SERVICE MARK
PRINCIPAL REGISTER



ZUMBA FITNESS, LLC (FLORIDA LTD LIAB CO)
800 NORTH 79TH AVENUE
HOLLYWOOD, FL 33020

FOR: EDUCATION SERVICES, NAMELY, PRO-
VIDING CLASSES IN THE FIELD OF DANCE AND
EXERCISE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-30-2002; IN COMMERCE 6-30-2002.

OWNER OF U.S. REG. NOS. 3,046,534, 3,296,721
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "FITNESS" APART FROM THE
MARK AS SHOWN

THE COLOR(S) GREEN AND BLACK IS ARE
CLAIMED AS A FEATURE OF THE MARK.

THE COLOR BLACK APPEARS IN THE WORD-
ING "ZUMBA FITNESS" AND IN THE STICK
FIGURE DESIGN, AND THE COLOR GREEN AP-
PEARS IN THE CIRCULAR BACKGROUND BE-
HIND THE STICK FIGURE.

THE FOREIGN WORDING IN THE MARK
TRANSLATES INTO ENGLISH AS FAST.

SER. NO. 77-302,232, FILED 10-11-2007.

JOHN GARTNER, EXAMINING ATTORNEY

EXHIBIT K

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 3,435,705

United States Patent and Trademark Office   Registered May 27, 2008

TRADEMARK
PRINCIPAL REGISTER

# Zumba Fitness

ZUMBA FITNESS, LLC (FLORIDA LTD LIAB CO)
3801 NORTH 29TH AVENUE
HOLLYWOOD, FL 33020

FOR: PRE-RECORDED CDS, VIDEO TAPES, LA-
SER DISKS AND DVDS FEATURING PHYSICAL
FITNESS AND EXERCISE INSTRUCTION; VIDEO
RECORDINGS FEATURING PHYSICAL FITNESS
AND EXERCISE INSTRUCTION, IN CLASS 9 (U.S.
CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-31-2001; IN COMMERCE 10-31-2001.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,046,534, 3,296,727
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "FITNESS", APART FROM THE
MARK AS SHOWN.

THE ENGLISH TRANSLATION OF THE WORD
"ZUMBA" IN THE MARK IS "FAST".

SER. NO. 77-301,130, FILED 10-10-2007.

JOHN GARTNER, EXAMINING ATTORNEY

EXHIBIT L

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

Reg. No. 3,296,721

United States Patent and Trademark Office

Registered Sep. 25, 2007

## SERVICE MARK
## PRINCIPAL REGISTER

# Zumba Gold

ZUMBA FITNESS, LLC (FLORIDA LTD LIAB CO)
1888 NE 208 TERRACE
MIAMI, FL 33179

FOR: EDUCATION SERVICES, NAMELY, PRO-
VIDING CLASSES IN THE FIELD OF DANCE AND
EXERCISE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-1-2006; IN COMMERCE 11-1-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,046,654.

SER. NO. 77-065,660, FILED 12-15-2006.

DAVID COLLIER, EXAMINING ATTORNEY

EXHIBIT M

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

## SR 646-122

Effective date of
registration:

June 10, 2010

## Title

| | |
|---|---|
| Title of Work: | Official 2008 Zumba Fitness Cardio Party Soundtrack |
| Contents Titles: | Que te Mueve |
| | Zumbando Por Un Sueno |
| | Santa Que |
| | USA Tribute |
| | Zumbalicious |
| | Alegria Pa Zumbar |
| | Baila, Menea y Goza |
| | Baila Pa Emociona |
| | Zumba Lluvia |

## Completion/Publication

| | | | |
|---|---|---|---|
| Year of Completion: | 2007 | | |
| Date of 1st Publication: | May 1, 2008 | Nation of 1st Publication: | United States |

## Author

| | | |
|---|---|---|
| Author: | Zumba Fitness, LLC | |
| Author Created: | sound recording, performance, production, music, lyrics | |
| Work made for hire: | Yes | |
| Citizen of: | United States | Domiciled in:  United States |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | Zumba Fitness, LLC |
| | 3801 North 29th Avenue, Hollywood, FL, 33020, United States |
| Transfer Statement: | By written agreement |

## Certification

Name:   Alberto Aghion
Date:   June 8, 2010

Registration #:   SR0000646122

Service Request #:   1-409363435



Zumba Fitness, LLC
Adele Harrington
Zumba Fitness, LLC
3801 North 29th Avenue
Hollywood, FL 33020  United States

EXHIBIT N

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

## SR 646-123

Effective date of
registration:

June 10, 2010

## Title

| | |
|---|---|
| Title of Work: | Party Nation, World Music by Zumba Fitness |
| Contents Titles: | This is Tha Song |
| | African Dream |
| | Cumbia Jam |
| | Zumbando Al Son |
| | Sahara Oasis |
| | Bahia Beat |
| | Baila Morena |
| | Zumba Te Suelta |
| | Argentina Querida |
| | Zumba Lluvia |

## Completion/Publication

| | | | |
|---|---|---|---|
| Year of Completion: | 2008 | | |
| Date of 1st Publication: | May 1, 2008 | Nation of 1st Publication: | United States |

## Author

| | | |
|---|---|---|
| ▪ | Author: | Zumba Fitness, LLC |
| | Author Created: | sound recording, performance, production, music, lyrics |
| | Work made for hire: | Yes |
| | Citizen of: | United States |  Domiciled in:  United States |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | Zumba Fitness, LLC |
| | 3801 North 29th Avenue, Hollywood, FL, 33020, United States |
| Transfer Statement: | By written agreement |

## Certification

Name:   Alberto Aghion

Date:   June 8, 2010

Registration #:   SR0000646123

Service Request #:   1-410074504



Zumba Fitness, LLC
Adele Harrington
3801 North 29th Avenue
Hollywood, FL 33020  United States

EXHIBIT O

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

## SR 646-121

Effective date of
registration:

June 10, 2010

## Title

Title of Work: Vibe Tribe

Contents Titles: Vamos DJ

Pa' La Discoteka a Bailar

Hecha Pa'lante

Hala

Asalto

Merehop

Sabrosura

Zumba Mami

Samba Groove

Sigue la Cumbia

## Completion/Publication

Year of Completion: 2009

Date of 1st Publication: October 1, 2009      Nation of 1st Publication: United States

## Author

■   Author: Zumba Fitness, LLC

Author Created: sound recording, performance, production, music, lyrics

Work made for hire: Yes

Citizen of: United States            Domiciled in: United States

## Copyright claimant

Copyright Claimant: Zumba Fitness, LLC

3801 North 29th Avenue, Hollywood, FL, 33020, United States

Transfer Statement: By written agreement

## Certification

Name:   Alberto Aghion

Date:   June 8, 2010

Registration #:   SR0000646121

Service Request #:   1-410246474



Zumba Fitness, LLC
Adele Harrington
3801 North 29th Avenue
Hollywood, FL 33020  United States

EXHIBIT P

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

## VA 1-654-875

Effective date of
registration:

March 3, 2009

---

## Title
Title of Work: Zumba Dancing Figure (Original)

## Completion/ Publication
Year of Completion: 2001

Date of 1st Publication: July 30, 2002     Nation of 1st Publication: United States

## Author
Author: Zumba Productions, LLC

Author Created: 2-D artwork

Work made for hire: Yes

Citizen of: United States     Domiciled in: United States

## Copyright claimant
Copyright Claimant: Zumba Fitness, LLC

3801 North 29th Avenue, Hollywood, FL., 33020, United States

Transfer Statement: By written agreement

## Rights and Permissions
Organization Name: Zumba Fitness, LLC

Name: Alberto Aghion

Telephone: 954-925-3755

Address: 3801 N. 29th Ave

Hollywood, FL 33020 United States

## Certification
Name: Michael B. Chesal, Attorney

Date: March 3, 2009

---

IPN#:

Registration #:     VA0001654875

Service Request #:   1-166216421

Kluger, Peretz, Kaplan & Berlin, PL
Michael B. Chesal
201 South Biscayne Blvd.
17th Floor
Miami, FL 33131   United States

EXHIBIT Q



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = Zumba
Search Results: Displaying 50 of 70 entries



Labeled View

*Zumba: Ditch the Workout, Join the Party! The Zumba Weight Loss Program.*

| | |
|---|---|
| Relevance: | |
| Type of Work: | Text |
| Registration Number / Date: | TX0007029953 / 2009-09-23 |
| Application Title: | *Zumba*: Ditch the Workout, Join the Party! The *Zumba* Weight Loss Program. |
| Title: | *Zumba*: Ditch the Workout, Join the Party! The *Zumba* Weight Loss Program. |
| Description: | Book, 289 p. + DVD. |
| Copyright Claimant: | *Zumba* Fitness. LLC, Transfer: By written agreement. Address: c/o Hachette Book Group, 237 Park Avenue, New York, NY 10017. |
| Date of Creation: | 2009 |
| Date of Publication: | 2009-09-10 |
| Nation of First Publication: | United States |
| Authorship on Application: | Beto Perez: Domicile: United States; Citizenship: United States. Authorship: text. |
| | Maggie Greenwood-Robinson; Domicile: United States; Citizenship: United States. Authorship: text. |
| Names: | Perez, Beto |
| | Greenwood-Robinson, Maggie |
| | *Zumba* Fitness. LLC |





EXHIBIT R

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

## PA 1-634-065

Effective date of
registration:

May 15, 2009

## Title

Title of Work: Zumba Fitness

## Completion/ Publication

Year of Completion: 2004

Date of 1st Publication: November 10, 2004          Nation of 1st Publication: United States

## Author

◻          Author: Zumba Productions, LLC

Author Created: Entire contents of work except musical compositions and certain musical performances

Work made for hire: Yes

Citizen of: United States          Domiciled in: United States

Anonymous: Yes

◻          Author: Zeta Direct, Inc.

Author Created: Music and footage of musical performances

Work made for hire: Yes

Citizen of: United States          Domiciled in: United States

Anonymous: Yes

## Copyright claimant

Copyright Claimant: Zumba Fitness, LLC

3801 North 29th Avenue, Hollywood, FL, 33020, United States

Transfer Statement: By written agreement and merger

## Limitation of copyright claim

Material excluded from this claim: Certain preexisting musical sound recordings and compositions

New material included in claim: all other cinematographic material

## Rights and Permissions

Organization Name:  Zumba Fitness, LLC
Name:  Alberto Aghion
Email:  aghion@zumba.com
Address:  3801 North 29th Avenue

Hollywood, FL 33020  United States

## Certification

Name:  Leora Herrmann
Date:  April 29, 2009
Applicant's Tracking Number:  ZUM001USC

Correspondence:  Yes

Registration #:    PA0001634065

Service Request #:   1-187074001

Peretz Chesal & Herrmann, PL
Leora Herrmann
201 So. Biscayne Blvd, Suite 1750
Miami, FL 33131

EXHIBIT S

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

## SR 646-124

Effective date of
registration:

June 10, 2010

## Title

| | |
|---|---|
| Title of Work: | Zumba Fitness Original Soundtrack |
| Contents Titles: | C'mon and Dance |
| | Quien Baila, Quien Goza |
| | Zokalypso |
| | Ya Llego |
| | Muevete Pa'Ca Muevete Pa'lla |
| | Zamba Zumba |
| | Cabo de la Vela |
| | Zumba Kumbia |
| | La Fiesta |
| | Mira-La |
| | Zumba Te Va A Mover |
| | Aromuzak |

## Completion/Publication

Year of Completion: 2004

Date of 1st Publication: February 1, 2004        Nation of 1st Publication: United States

## Author

■        Author: Zumba Fitness, LLC

Author Created: sound recording, performance, production, music, lyrics

Work made for hire: Yes

Citizen of: United States        Domiciled in: United States

## Copyright claimant

Copyright Claimant: Zumba Fitness, LLC

3801 North 29th Avenue, Hollywood, FL, 33020

Transfer Statement: By written agreement

Certification

Name:   Alberto Aghion

Date:   June 8, 2010

Registration #:    SR0000646124

Service Request #:    1-408469651



Zumba Fitness, LLC
Adele Harrington
3801 North 29th Avenue
Hollywood, FL 33020  United States

EXHIBIT T



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (zumba fitness)] in Keyword Anywhere |
Search Results: Displaying 12 of 14 entries



Labeled View

### Zumba Fitness (Packaging Design)

|  |  |
|---|---|
| Type of Work: | Visual Material |
| Registration Number / Date: | VA0001724930 / 2009-07-14 |
| Application Title: | Zumba Fitness (Packaging Design) |
| Title: | Zumba Fitness (Packaging Design) |
| Description: | Electronic file (eService) |
| Copyright Claimant: | Zumba Fitness, LLC, Transfer: By written agreement and merger. Address: 3801 North 29th Avenue, Hollywood, FL, 33020, United States. |
| Date of Creation: | 2005 |
| Date of Publication: | 2005-05-15 |
| Nation of First Publication: | United States |
| Authorship on Application: | Zumba Productions, LLC (author of anonymous contribution), employer for hire; Domicile: United States; Citizenship: United States. Authorship: photograph(s) |
|  | Rabinovici and Associates (author of anonymous contribution), employer for hire; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork, text. |
| Pre-existing Material: | 2-D artwork. |
| Basis of Claim: | 2-D artwork, photograph(s), text. |
| Rights and Permissions: | Alberto Aghion, Zumba Fitness, LLC, 3801 North 29th Avenue, Hollywood, FL, 33020, United States, aghion@zumba.com |
| Copyright Note: | C.O. correspondence. |
| Names: | Zumba Productions, LLC |
|  | Rabinovici and Associates |
|  | Zumba Fitness, LLC |



Save, Print and Email (Help Page)

Select Download Format  [ Full Record  ‡ ]  ( Format for Print/Save )

Enter your email address:                                    ( Email )

EXHIBIT U



| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000665581
Search Results: Displaying 1 of 1 entries



---

Labeled View

*Caipirinha.*

| | |
|---|---|
| **Type of Work:** | Sound Recording and Music |
| **Registration Number / Date:** | SR0000665581 / 2010-11-08 |
| **Application Title:** | Caipirinha. |
| **Title:** | Caipirinha. |
| **Description:** | Compact Disc. |
| **Copyright Claimant:** | Zumba Fitness, LLC. Address: 3801 North 29th Avenue, Hollywood, FL, 33020, United States. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-08-20 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Zumba Fitness, LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: sound recording, performance, production, music, lyrics. |
| **Names:** | Zumba Fitness, LLC |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format [ Full Record ▼ ] ( Format for Print/Save ) |
| Enter your email address: [ ] ( Email ) |

---

Help   Search   History   Titles   Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

EXHIBIT V



**PayPal**

| My Account | Send Money | Request Money | Merchant Services | Products & Services | Community |

Overview   Add Funds   Withdraw   History   Resolution Center   Profile

## Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #4DE55145RC4331222)

**Original Transaction**

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Mar 3, 2011 | Payment To Donna Goolsby | Completed | ... | -$49.99 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Mar 3, 2011 | Add Funds from a Bank Account | Completed | Details | $49.99 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | Zumba 4 Disk DVD Set-Bonus Zumba Kids workout included! Item # 110056860306 | | $44.99 USD |
| | | Amount | $44.99 USD |

Item Total: $44.99 USD
Sales Tax:
Shipping: $5.00 USD

Total amount: -$49.99 USD
Fee amount: $0.00 USD
Net amount: -$49.99 USD
Date: Mar 3, 2011
Time: 22:20:11 PST
Status: Completed

Insurance: $0.00 USD
Date: Mar 3, 2011
Time: 22:20:11 PST
Status: Completed

Shipping Address: Annie Garib
23679 Calabasas Rd
Apt 758
Calabasas, CA 91302-1502
United States

Payment To: Donna Goolsby   (The recipient of this payment is Verified)
Seller's ID: dixiechick433
Seller's Email: dixiechick433@yahoo.com

Funding Type: Instant Transfer
Funding Source: $49.99 USD - Chase Checking (Confirmed) x-2785
Back Up Funding Source: Visa Card XXXX-XXXX-XXXX-9086

Tracking Number: 9102150134711813315648
Carrier: USPS
Order Status: Shipped (Mar 4, 2011)

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues directly with the seller whenever possible.

Description: Shopping Cart

[ Return to My Account ]

About Us | Contact Us | Legal Agreements | Privacy | Fees | Site Feedback
Copyright © 1999-2011 PayPal. All rights reserved.
Information about FDIC pass-through insurance